
FILED
DEC - 1 2017
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-54-BLG-SPW |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| TODD THOMAS MALMSTROM, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture (Doc. 30) was entered by the Court;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- HS Product (Springfield Armory), model XD-45, .45 caliber semi-automatic pistol (serial number XD740052);
- Ruger, model New Model Blackhawk, .44 caliber, revolver (serial number 8706834);
- Remington, model 870, .12 gauge, pump-action shotgun (serial number RS94341E); and
- Winchester, model 67A, .22 caliber, bolt-action rifle (no serial number)

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 1st day of December, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge